## Weekly Abstract of
## PENDING CASES

BUCURENCIU v. RAMBA, et.

No. 20518.   Supreme Court.

On motion to certify.   Dock. 5-14-27; 5 Abs. 314.

681.   JURISDICTION—Where, in an action for personal injuries, non-resident defendant has answered without reserving any question as to jurisdiction, can judgment be evaded where jury finds that such non-resident defendant was not a joint tort-feasor?

Joana Bururenciu, a resident of Mahoning County, was a passenger in the automobile of Emil Ramba, a resident of Mahoning County, making a trip through Cleveland. While traveling through said city, the automobile, driven by Ramba, collided with an automobile driven by Max Cohen, a resident of Cuyahoga County, resulting in certain injuries to Joana Bururenciu.

She filed suit in the Court of Common Pleas of Mahoning County, Ohio, against Ramba and Cohen. Both Ramba and Cohen answered without reserving any question as to jurisdiction. The verdict was for plaintiff as against Cohen alone. Thereupon Cohen filed a motion to set aside the verdict on the ground that the court was without jurisdiction to pronounce judgment against him as a non-resident, inasmuch as the jury had found by their

verdict that Cohen and Ramba were not joint tort-feasors.

The Common Pleas found as against Cohen, rendering judgment against him. On error proceedings, the Court of Appeals reversed the Court of Common Pleas. On motion to certify the question involved is whether or not a non-resident defendant who has answered without reservation of any question of jurisdiction can evade judgment after the jury has found that he was not a joint tort-feasor.

Attorneys—Barnum & Hammond for Bucurenciu; Anderson & Lamb for Ramba, et; all of Youngstown.

---

# Monthly Table of
# RE-REPORTED OPINIONS

ALSTON v. AMERICAN MTGE. CO. OS. P 5 Abs. 250, (4-16-27) O. S. 5 Abs. 380, (6-11-27) (Rep. 7-18-27) 116 OS. 470.

ANDERSON v. GIBSON. OA. 5 Abs. 166, (3-19-27) OS. 5 Abs. 365, (6-4-27) (Rep. 7-18-27) 116 OS. 475.

BRADY, In Re. OS. P. 5 Abs. 421, (8-6-27) (Rep. 7-4-27) 116 OS. 408.

BRIGHT SHOE CO. v. SCULLY. OA. 4 Abs. 372, (6-12-26) (Rep. 7-4-27) 24 App. 27.

CARR v. STATE. OA. 4 Abs. 578, (9-4-26) (Rep. 7-25-27) 24 App. 71.

COMMUNITY DIS. & MTG. CO. v. JOSEPH. OS. P. 5 Abs. 173 (3-19-27) OS. 5 Abs. 403 (6-18-27) (Rep. 7-25-27) 116 OS. 494.

ERIE RD. CO. v. P. U. C. OS. 5 Abs. 381 (6-11-27) (Rep. 7-25-27) 116 OS. 511.

FRANCIS v. BROOKS. OA. 5 Abs. 26 (1-15-27) (Rep. 7-4-27) 24 App. 8.

HARRISON BLDG. CO. v. BECKERMAN. OA. 5 Abs. 118 (2-26-27) (Rep. 7-11-27) 24 App. 44.

HENRY et v. COX et. OA. 5 Abs. 410 (6-25-27) (Rep. 7-18-27) 26 N. P. (ns) 415.

JOHNSON v. WOLFORD et. OS. 5 Abs. 402 (6-18-27) (Rep. 7-25-27) 116 OS. 501.

KELCIK v. CLEVELAND RY CO. OA. 5 Abs. 136, (3-5-27) (Rep. 7-4-27) 24 App. 15.

KELLOGG v. SHERRILL. OA. 5 Abs. 306, (5-14-27) (Rep. 7-25-27) 24 App. 78.

LLOYD v. GENERAL T. & R. CO. OA. 5 Abs. 342, (5-28-27) (Rep. 7-11-27) 24 App. 41.

LOCKLAND LUMB. CO. v. ROBINSON et. OS. P. 5 Abs. 253 (4-16-27) (Rep. 7-25-27) 116 OS. 492.

LUFF v. STATE. OS. P. 5 Abs. 173 (3-19-27) OS. 5 Abs. 403, (6-18-27) (Rep. 7-25-27) 116 OS. 483.

MADJOROUS v. STATE. OA. 2 Abs. 263, (4-16-24) OS. 3 Abs. 660 (10-28-25) (Rep. 7-18-27) 24 App. 49.

MARYLAND CAS. CO. v. McDIARMID. OA. 4 Abs. 762 (11-20-26) OS. 5 Abs. 350, (5-28-27) (Rep. 7-11-27) 116 OS. 453.

MECH. & TRAD. INS. CO. v. HIMMELSTEIN. OA. 5 Abs. 184, (3-26-27) (Rep. 7-25-27) 24 App. 59.

RHOADES v. McDOWELL. OA. 5 Abs. 167, (3-19-27) (Rep. 7-4-27) 24 App. 1.

SHINN v. N. Y. C. & ST. L. RY CO. OA. 4 Abs. 596, (9-11-26) (Rep. 7-4-27) 24 App. 18.

STATE ex ELLIS v. BLAKEMORE. OS. 5 Abs. 365, (6-4-27) (Rep. 7-11-27) 116 OS. 425.

STATE ex MANSFIELD (CITY) v. HALE. OA. 5 Abs. 268, (4-23-27) (Rep. 7-4-27) 24 App. 21.

STATE ex HESS v. SMITH. OS. P. 4 Abs. 669, (10-9-26) OS. 5 Abs. 365, (6-4-27) (Rep. 7-11-27) 116 OS. 447.

STRAUB v. HILKER. OA. 5 Abs. 147 (3-12-27) (Rep. 7-4-27) 24 App. 24.

UNCAPHER v. CURL et. OS. P. 5 Abs. 251 (4-16-27) OS. 5 Abs. 366, (6-4-27) (Rep. 7-11-27) 116 OS. 435.

U. S. FID. & GUAR. CO. v. SAMUELS. OS. 5 Abs. 30, (1-15-27) OS. 5 Abs. 349, (5-28-27) (Rep. 7-11-27) 116 OS. 439.

---

## TABLE OF CASES
### REPORTED IN THIS ISSUE

Bettyewski v. Kess, OA. 5 Abs. 561.

Boesel v. Cleveland (City). OA. 5 Abs. 564.

Bucurenciu v. Ramba, OS. P. 5 Abs. 571.

Cincinnati (City) v. Deckebach, OA. 5 Abs. 571.

Cleve. Window Glass & Door Co. v. Nat. Surety Co., OA. 5 Abs. 569.

Conn, Supt. v. Catholic Slovak Un. OA. 5 Abs. 564.

Cooper v. Schooley, OA. 5 Abs. 560.

Cummins et v. Weiber, OA. 5 Abs. 562.

Equitable Life Assur. Soc. v. O'Neill, OA. 5 Abs. 569.

Gath v. Travelers Ins. Co., OA. 5 Abs. 570.

Indust. Com. v. Rice, OA. 5 Abs. 568.

Jones v. Fields, OA. 5 Abs. 563.

Kazdan v. Stein, OA. 5 Abs. 562.

Leibowitz v. Polstein, OA. 5 Abs. 567.

Lo Presti v. Scott, OA. 5 Abs. 565.

Middle States Sec. Co. v. Smith, OA. 5 Abs. 566.

N. Y. C. & St. L. Ry. Co. v. Wolf, OA. 5 Abs. 567.

Presti v. Cleve. Ry. Co. OA. 5 Abs. 559.

Scofield v. Fox, OA. 5 Abs. 565.

State Exch. Bk. of Stryker v. Royce, OA. 5 Abs. 560.

University Club Co. v. McBride, OA. 5 Abs. 561.

Weber v. Cleveland (City) OA. 5 Abs. 561.

Willis v. Ohio Bell Tel. Co. OA. 5 Abs. 570.

Cases marked * have been carried to the Supreme Court and are there pending at time of publication.

Cases marked ** have been carried to the Supreme Court and motion to certify overruled.